IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **LAURENCE RICHARDSON,** | : | **CIVIL ACTION** |
| *Plaintiff* | : | |
| v. | : | **NO. 19-5421** |
| | : | |
| **SOUTHWEST CREDIT SYSTEMS, L.P.,** | : | |
| | : | |
| *Defendant.* | : | |

## ORDER

**AND NOW**, this **19th** day of **June 2020**, upon consideration of Defendant's Motion to Vacate Entry of Default (ECF No. 8), Plaintiff's response thereto (ECF No. 10) and Defendant's reply (ECF No. 11), it is hereby **ORDERED** and **DECREED** Defendant's Motion to Vacate Entry of Default (ECF No. 8) is **GRANTED**. It is further **ORDERED** that Plaintiff's Motion for Default Judgment (ECF No. 6) is hereby **DENIED**.

The Clerk of Court is directed to vacate the entry of default in this matter.

BY THE COURT:

/s/ Chad F. Kenney
**CHAD F. KENNEY, JUDGE**